| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2004 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>FAY, PETER T | 2. Court or Organization<br><br>U.S. Court of Appeals, 11 Cir. | 3. Date of Report<br><br>4/18/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. Circuit Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>Federal Justice Buildin<br>99 N.E. 4 Street, Suite 1255<br>Miami, Florida 33132 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____    Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee Emeritis | University of Miami |
| 2. Trustee Emeritis | University of Florida School of Law |
| 3. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 APR 25 A 10: 22 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federal Appellate Practices Seminar (Feb. 5-7, 2004) | travel, food & lodging as a participant and speaker at seminar in New Orleans, La. |

## V. GIFTS, (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FAY, PETER T | 4/18/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Common stock - Central Ill. Pub. Service Corp. | A | Dividend | J | T | | | | | |
| 2. Savings account - Bank of America | A | Interest | J | T | | | | | |
| 3. Land near Milton, Florida | | None | K | W | | | | | |
| 4. Mineral lease on land near Milton, Florida | A | Royalty | J | W | | | | | |
| 5. | | | | | | | | | Left blank intentionally |
| 6. | | | | | | | | | Left blank intentionally |
| 7. Nuveen Mun. Fund | A | Dividend | K | T | | | | | |
| 8. Dryden Mun. Bond Fund (formerly Prudential Mun Fund Class A) | D | Dividend | K | T | | | | | |
| 9. Fidelity High Yield Tax Free | A | Dividend | J | T | | | | | |
| 10. | | | | | | | | | Left blank intentionally |
| 11. Spartan Florida Mun. Fund | A | Dividend | J | T | | | | | |
| 12. Nuveen Mun. Market Opportunity Fund | A | Dividend | J | T | | | | | |
| 13. Harbor Capital Appreciation Fund | A | Dividend | J | T | | | | | |
| 14. Vanguard Group, 500 Portfolio | A | Dividend | K | T | | | | | |
| 15. Vanguard Group, European Portfolio | A | Dividend | K | T | | | | | |
| 16. Prudential Command Acct. (now called Wachovia) | B | Interest | J | T | | | | | |
| 17. TimeWarner | A | Dividend | J | T | | | | | |
| 18. American International Group Inc. | A | Dividend | J | T | | | | | |

1. Income/Gain Codes (See Columns B1 and D4)
A = $1,000 or less
B = $1,001-$2,500
C = $2,501-$5,000
D = $5,001-$15,000
E = $15,001-$50,000
F = $50,001-$100,000
G = $100,001-$1,000,000
H1 = $1,000,001-$5,000,000
H2 = More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J = $15,000 or less
K = $15,001-$50,000
L = $50,001-$100,000
M = $100,001-$250,000
N = $250,000-$500,000
O = $500,001-$1,000,000
P1 = $1,000,001-$5,000,000
P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000
P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash/Market
U = Book Value
V = Other
W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FAY, PETER T | 4/18/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Amgen Inc. | | None | J | T | | | | | |
| 20. Broadcom Corp. Class A | | None | J | T | | | | | |
| 21. Home Depot Inc. | A | Dividend | K | T | | | | | |
| 22. JDS Uniphase Corp. | | None | J | T | | | | | |
| 23. MCI Worldcom Inc. | | None | J | T | | | | | |
| 24. Microsoft Corp. Washington | A | Dividend | J | T | | | | | |
| 25. Pfizer Inc. | A | Dividend | J | T | | | | | |
| 26. Sensas Corp. | | None | J | T | | | | | |
| 27. Walmart Stores Inc. | A | Dividend | K | T | | | | | |
| 28. Boynton Beach Fla. Util. Sys. Rev. | B | Interest | K | T | | | | | |
| 29. Fla. St.Div.Bd.Fin.Dept. General Services | A | Interest | | | | | | | |
| 30. Reedy Creek Fla. Impt. Dist. Fla. Utilities Rev. | B | Interest | K | T | Redeemed | 7/1 | K | | |
| 31. Jacksonville Fla. Excise Taxes Rev. | B | Interest | K | T | | | | | |
| 32. Port Palm Beach Dist. Fla. Rev. | B | Interest | K | T | | | | | |
| 33. Dade County Fla. Water & Sewer System | B | Interest | K | T | | | | | |
| 34. Dryden (formerly Prudential) | D | Interest | L | T | | | | | |
| 35. Fidelity Advisor Series II Balance Fund Cl. T | A | Interest | J | T | | | | | |
| 36. Wachovia Bank Dep.Sweep Opt.(for.Bedford Mon.Market Fund) | A | Interest | L | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
N = $250,000-$500,000    ● = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | FAY, PETER T | 4/18/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Condo unit, Melbourne Beach, Fla. | | None | M | W | | | | | |
| 38. Ft. Myers Fla. Gas Tax Revenue | A | Interest | K | T | Buy | 6/29 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,000-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

FAY, PETER T

Date of Report

4/18/2005

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date April 19, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544